**Opinion issued November 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00819-CR

———————————

## IN RE GEORGE AGUILAR, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, George Aguilar, confined and proceeding pro se, has filed a petition for a writ of mandamus seeking an order directing the trial court "to conduct a hearing," asserting that he has been "unable to obtain effective assistance [of

counsel] with preparing for a trial by jury" and "unsuccessful with obtaining discovery."[1]

We deny the petition.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The petition identifies the underlying case as *The State of Texas v. George Aguilar*, cause number 1497176, in the 174th District Court of Harris County, Texas, the Honorable Ruben Guerrero presiding.